■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ALVAREZ, Appellant. [671 NYS2d 273] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered September 25, 1996, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's *Sandoval* ruling was a proper exercise of its discretion (*see, People v Walker,* 83 NY2d 455; *People v Mackey,* 49 NY2d 274; *People v Jamison,* 228 AD2d 698; *People v Pitts,* 218 AD2d 715; *People v Bonnette,* 216 AD2d 479).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Bracken, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.